## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| SPARK ENERGY, LLC et al., <br><br>     Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his individual capacity and in his official capacity as the Attorney General of the State of Illinois, <br><br>     Defendant. | No. 1:25-cv-01190-JEH-RLH <br><br> Honorable Jonathan E. Hawley |

### THE ATTORNEY GENERAL'S MOTION FOR LEAVE TO FILE
### A REPLY IN FURTHER SUPPORT OF HIS MOTION TO STAY

The Attorney General respectfully moves the Court pursuant to Civil Local Rule 7.1(B)(3) for leave to file the attached reply in further support of his motion to stay this action pending the Seventh Circuit's decision in *Sparger-Withers v. Taylor*, No. 24-1367.

This action raises an exceptionally important question: Does the due process clause of the federal constitution forbid the Attorney General to engage private lawyers compensated pursuant to a contingency fee arrangement to prosecute consumer fraud claims? ECF 12 at 8-11, ¶¶ 53-65. The answer will affect not only the Attorney General's pending state court action against two of the plaintiffs—where the Attorney General is seeking relief to redress injuries to Illinois consumers who, he alleges, paid those plaintiffs almost $40 million more for electricity and gas than they would have paid the public utility in the two years between 2020 and 2022 alone. ECF 12-2 at 4, ¶ 5.* The answer to the constitutional question raised in this action may also affect the Attorney General's ability to bring other consumer fraud actions against other defendants.

---

* Page numbers refer to the ECF numbering at the top of the page rather than the original numbering at the bottom of the page.

As the Attorney General explained in his motion, it makes good sense to stay this action pending the Seventh Circuit's decision in *Sparger-Withers*, which is likely to address the viability of the same constitutional theory pressed here. ECF 13. Plaintiffs oppose a stay and raise an extraneous issue concerning the timeliness of the Attorney General's response to the complaint. ECF 14. Because the question raised in this action is so important, and because the benefits of a stay accrue not only to the parties but also to the Court, the Attorney General believes that the attached reply will be helpful to the Court in considering his motion.

For these reasons, the Attorney General respectfully moves the Court pursuant to Civil Local Rule 7.1(B)(3) for leave to file the attached reply in further support of his motion to stay this action pending the Seventh Circuit's decision in *Sparger-Withers*.

Dated: October 7, 2025                                    Respectfully submitted,

                                                      /s/ Darren Kinkead
                                                      Darren Kinkead
                                                      Office of the Attorney General
                                                      115 South LaSalle Street
                                                      Chicago, IL 60603
                                                      (773) 590-6967
                                                      Darren.Kinkead@ilag.gov